UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVICIA LOUSHONNA SWIFT,

    Petitioner,

Civil No. 4:20-cv-12306
Hon. Matthew F. Leitman

v.

JEREMY HOWARD,

    Respondent.

_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED**; a Certificate of Appealability is **DENIED**; and leave to appeal *in forma pauperis* is **DENIED**.

    KINIKIA ESSIX
    CLERK OF COURT

By:    s/Holly A. Ryan
    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 9, 2023
Detroit, Michigan